...

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VICTOR MANUEL MEDINA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 12-12399-JLT |
| | * | |
| MICHAEL CORSINI, Superintendent | * | |
| Massachusetts Treatment Center, | * | |
| | * | |
| Respondent. | * | |

ORDER

May 29, 2013

TAURO, J.

This court ACCEPTS and ADOPTS the May 10, 2013, Report and Recommendation [#33] of Chief Magistrate Judge Sorokin. For the reasons set forth in the Report and Recommendation, this court hereby orders that:

1. Respondent's Motion to Dismiss [#22] is DENIED.

2. Petitioner is granted leave to delete the unexhausted claim ("Ground Two").

3. Petitioner shall file a brief on the merits of his exhausted claim ("Ground One") by July 5, 2013.

4. Respondent shall file a responsive brief by August 5, 2013.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge