UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VICTOR MANUEL MEDINA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 12-12399-JLT |
| | * | |
| MICHAEL CORSINI, | * | |
| | * | |
| Respondent. | * | |

ORDER

March 31, 2014

TAURO, J.

This court ACCEPTS and ADOPTS the January 6, 2014 Report and Recommendation [#49] of Chief Magistrate Judge Sorokin. For the reasons set forth in the Report and Recommendation, this court hereby orders that Petitioner's habeas petition [#1] is DENIED.

This case is CLOSED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge